Honourable Peter Oliver, Esquire, Chief Justice.
Honourable Edmund Trowbridge,
　　　　　Foster Hutchinson,　　Esqrs.,
　　　　　Nathaniel Ropes,　　　Justices.
　　　　　William Cushing,

---

Jonathan Sewall, Esq., Attorney General.
Samuel Quincy, Esq., Solicitor General. (1)

---

## Reed's Case.

A *Venire facias* issued to Littleton for a Jury-man, and Mr. Reed was returned, who was a Standing Grand Juror of the County for the Year, which

Standing Grand Jurors of a County for a Year are exempt from serving on petty Juries.

---

(1) This office is said to have been created especially for the purpose of winning over Sewall to the government party. See 10 John Adams's Works, 179; *Ante*, 241. After Sewall was raised to the office of Attorney General, that of Solicitor General remained vacant until March,

which was known, but, being in Doubt if that exempted him, he was returned.

*The Court*, on hearing the Facts, told him he was not obliged to ferve, and, if he declined, they would order a new *Venire* to iffue.